UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT DEREK LURCH,

                                **Plaintiff,**                    22-CV-10563 (JHR)(SN)

                -against-                                      **ORDER**

THE CITY OF NEW YORK, et al.,

                                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Defense counsel has identified the ESU Officer named in Plaintiff's complaint. ECF No. 33. Accordingly, the Clerk of Court is respectfully directed to amend the docket by replacing Defendant "ESO Officer that entered my Cell during a Strip Search on Aug 2, 2022" with Defendant "Correction Officer Shay Palmer, Shield No. 7995."

        Defendants City of New York and Shay Palmer shall respond to Plaintiff's complaint by June 25, 2024.

        By May 28, 2024, defense counsel shall identify the SRT Officer identified in Plaintiff's complaint or otherwise supplement its response to the Valentin Order.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:       April 29, 2024
                  New York, New York