UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROBERT DEREK LURCH,

                               **Plaintiff,**                      22-CV-10563 (JHR)(SN)

         -against-                                        **ORDER**

THE CITY OF NEW YORK, et al.,

                              **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    As previously ordered, an Initial Pretrial Conference is scheduled for August 9, 2024, at 11:00 a.m. ECF No. 54. Accordingly, the Warden or other official in charge of Cayuga Correctional Facility is ORDERED to produce Robert Derek Lurch, DIN No. 24B0013, on August 9, 2024, at 11:00 a.m., to a suitable location within Cayuga Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

    Defense counsel must: (1) send this order to the Warden immediately; (2) contact Cayuga Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) telephone the Court with Plaintiff on the line at the time and date of the conference.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    August 5, 2024
                 New York, New York