UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ROBERT DEREK LURCH,

                                    Plaintiff,                    22-CV-10563 (JHR)(SN)

              -against-                                           **ORDER**

THE CITY OF NEW YORK, et al.,

                                    Defendants.

----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/2024
```

SARAH NETBURN, United States Magistrate Judge:

An Initial Pretrial Conference pursuant to Rule 16 is scheduled for Tuesday, September 3, 2024, at 3:00 p.m. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**Rule 16(a) Conference.** The Court intends to engage in a meaningful discussion in order to schedule an appropriate case management plan. The parties will be required to discuss at the conference the subjects set forth in Rule 16(b) and (c) of the Federal Rules of Civil Procedure. In particular, the parties should be prepared to address: (i) the scope of discovery as defined by Rule 26(b)(1) as amended; (ii) whether phased discovery – that is, focusing on sources that are easier and cheaper to produce before moving on to more difficult and expensive sources – is appropriate; (iii) whether the parties anticipate the need for a protocol concerning electronically stored information (ESI); (iv) whether a protective order is necessary or appropriate; and (v) whether issues related to the attorney-client privilege are likely to be material and if an order under Federal Rule of Evidence 502 is appropriate.

**Rule 26(f) Conference.** In advance of the Rule 16 conference, counsel for the parties are directed to confer to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. In order to promote a just, speedy and inexpensive resolution of this case, the parties are further directed to read the Advisory Committee Notes from the 2015 Amendments to Rule 26. The parties shall comply with their Rule 26(a) initial disclosure obligations no later than 14 days after the parties' Rule 26(f) conference.

**Proposed Scheduling Order**. By August 27, 2024, the parties are directed to complete the Civil Case Management Plan and Scheduling Order, available at https://nysd.uscourts.gov/hon-sarah-netburn, and e-mail it to Netburn_NYSDChambers@nysd.uscourts.gov. Counsel who disagree about the dates or other terms of the proposed schedule, shall submit a joint letter briefly explaining the dispute.

**Order to Produce.** The Warden or other official in charge of Queensboro Correctional Facility is ORDERED to produce Robert Derek Lurch, DIN No. 24B0013, on September 3, 2024, at 3:00 p.m., to a suitable location within Queensboro Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

Defense counsel must: (1) send this order to the Warden immediately; (2) contact Queensboro Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) telephone the Court with Plaintiff on the line at the time and date of the conference.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 57.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:       August 16, 2024
             New York, New York