UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT DEREK LURCH,

                    **Plaintiff,**      22-CV-10563 (JHR)(SN)

        -against-      **ORDER**

THE CITY OF NEW YORK, et al.,

                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      At today's initial pretrial conference, Plaintiff advised the Court that he may be released from New York State custody as soon as September 25, 2024. As soon as possible after Plaintiff's release, he shall provide the Court with an address he can use to receive mail.

      After Plaintiff is released, he may sign up to receive electronic notifications regarding new filings in this case. Instructions on signing up for e-filing are attached. Additionally, if Plaintiff would like assistance with the discovery process after his release, he can contact the New York Legal Assistance Group ("NYLAG") Legal Clinic for *Pro Se* Litigants. NYLAG's Clinic can be reached at 212-659-6190. Additional information on the Clinic is also attached.

      If Plaintiff would like help with reentry, the Court encourages him to contact the Fortune Society at 212-691-7554. Their address is 29-76 Northern Boulevard, Long Island City, New York 11101.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:     September 3, 2024
                New York, New York