UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**ROBERT DEREK LURCH,**

                         **Plaintiff,**

      -against-

**THE CITY OF NEW YORK, et al.,**

                        **Defendants.**

-----------------------------------------------------------------X

**22-CV-10563 (JHR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff was released from New York State custody on September 25, 2024. Since being released, Plaintiff has not provided the Court with an address he can use to receive mail. A joint status letter regarding discovery was due on November 4, 2024. ECF No. 64. Nothing was filed with the Court regarding discovery. By November 22, 2024, Defendants shall provide the Court with a status letter regarding discovery and any contact they have had with Plaintiff.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    November 6, 2024
                New York, New York