UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT DEREK LURCH,

                               **Plaintiff,**                        22-CV-10563 (JHR)(SN)

      -against-                                             **ORDER**

THE CITY OF NEW YORK, et al.,

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On December 19, 2024, the parties appeared for an in-person conference to discuss discovery deadlines and other related matters. The deadline to complete fact discovery is extended from January 3, 2025, to March 31, 2025.

      The Clerk of Court is respectfully requested to terminate the gavel at ECF No. 74.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    December 19, 2024
                New York, New York