**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ROBERT DEREK LURCH,

                                        **Plaintiff,**

                -against-

THE CITY OF NEW YORK, et al.,

                                        **Defendants.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/19/2024_

**22-CV-10563 (JHR)(SN)**

**ORDER REQUESTING *PRO BONO* COUNSEL**

**SARAH NETBURN, United States Magistrate Judge:**

On December 19, 2024, the parties appeared for an in-person conference to discuss discovery deadlines and other related matters. During the conference, Plaintiff requested that the Court appoint *pro bono* counsel to assist him during (1) discovery-related depositions, and (2) settlement negotiations. Plaintiff's oral application is GRANTED. The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent Plaintiff for the limited purposes of discovery-related depositions and settlement negotiations. Plaintiff is reminded that he does not have a constitutional right to *pro bono* counsel and there are limited lawyers available to volunteer to represent *pro se* litigants. Accordingly, unless and until a *pro bono* lawyer agrees to represent Plaintiff, he must proceed on his own behalf.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        December 19, 2024
              New York, New York